# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Aramark Food and Support Services Group, Inc.

                      Plaintiff,

v.                                   Case No.: 1:23–cv–04404

                                        Honorable Sunil R. Harjani

Butterball LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 20, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of consolidation of this case with In re Turkey Antitrust [case no. 19 C 8318], this civil case is terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.